**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF TEXAS<br>HOUSTON DIVISION | | United States District Court<br>Southern District of Texas<br>**ENTERED**<br>August 02, 2023<br>Nathan Ochsner, Clerk |

UNITED STATES OF AMERICA §
§
v. §  CRIMINAL NO: 4:23CR204(S)
§  **SEALED**
5. FRANCISCO MENDEZ HERNANDEZ aka "Perico" §

## ORDER FOR ISSUANCE OF BENCH WARRANT

A  <u>SUPERSEDING INDICTMENT</u>  has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

<u>Defendant</u>

5. FRANCISCO MENDEZ HERNANDEZ aka "Perico

☑ DETENTION
☐ RELEASED ON CONDITIONS
☐ APPEARANCE BOND IN THE AMOUNT OF: $

SIGNED at Houston, Texas, on  August 02, 2023 .

_____
UNITED STATES MAGISTRATE JUDGE