**Sealed**

Public and unofficial staff access to this instrument are prohibited by court order

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
February 28, 2024
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO: 4:23CR204(S)(S) |
| v. | § | **SEALED** |
| | § | |
| 10. VICTOR CAMACHO | § | |

## ORDER FOR ISSUANCE OF BENCH WARRANT

A <u>SUPERSEDING INDICTMENT</u> has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

<u>Defendant</u>

10. VICTOR CAMACHO

☑ DETENTION

☐ RELEASED ON CONDITIONS

☐ APPEARANCE BOND IN THE
   AMOUNT OF: $

SIGNED at Houston, Texas, on _____February 27, 2024_____ .


_____
UNITED STATES MAGISTRATE JUDGE